IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| K.F., a minor, by and through her mother and next friend, FELISHA SMITH, and FELISHA SMITH, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>Defendant. | Civil Action No. 10-1034-JTM-DWB<br><br>**JURY TRIAL DEMANDED**<br><br>DESIGNATION OF PLACE OF TRIAL - WICHITA, KS |

Pursuant to K.S.A. Chapter 60

### COMPLAINT

Plaintiff K.F., a minor, by and through her mother and next friend, FELISHA SMITH, and FELISHA SMITH, individually, allege and state as follows:

### GENERAL ALLEGATIONS

1. Plaintiff K.F. is a citizen and resident of Wichita, Sedgwick County, Kansas, and brings this action to recover for injuries and damages sustained at the defendant's place of business as a customer and invitee. Plaintiff K.F. is a minor with a date of birth of ▮▮▮▮ and resides with her mother, FELISHA SMITH. Felisha Smith is named as an individual plaintiff insofar as any claim for the minor's medical expenses through minority may be deemed to vest in her.

2. Defendant WAL-MART STORES, INC., is a company conducting business in Sedgwick County, Kansas, with its headquarters in Bentonville, Arkansas. Wal-Mart can be served through its local registered agent, The Corporation Company, Inc., at 515 S. Kansas Ave., Topeka, Kansas 66603.

HUTTON & HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

Complaint
- 1 -

3. As the plaintiffs are residents and citizens of Kansas, and defendant maintains its corporate headquarters in Arkansas, with claimed damages in excess of $75,000.00, the Court has jurisdiction over this matter pursuant to 28 USC 1332(a).

4. As the events giving rise to plaintiffs' claim occurred in Wichita, Sedgwick County, Kansas, this Court has proper venue pursuant to 28 USC 1391(a).

5. The matter in controversy exceeds the sum of seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

## STATEMENT OF FACTS

Plaintiffs hereby adopt by reference paragraphs one through five (1-5) and, in addition, state and allege:

6. On July 28, 2009, the minor plaintiff and her mother, Felisha Smith, were customers and invitees at Wal-Mart Store 1099, located at Pawnee and Broadway in Wichita, Sedgwick County, Kansas.

7. As the minor plaintiff and her mother were shopping in the clothing section of the store, the minor plaintiff's left eye struck a metal prong protruding from the clothing rack, which was hidden by other clothing hanging above it.

8. As a result of the above incident, the minor plaintiff was immediately transported by ambulance to the emergency room at Wesley Medical Center, where she was treated for a laceration to her left upper eyelid.

9. The following day, July 29, 2009, the minor plaintiff underwent surgery for repair of her left upper lid laceration, and repair of left upper lid canaliculus with microscopic reanastomosis and Crawford silicone intubation.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com

## FIRST CLAIM
*Negligence - Wal-Mart*

Plaintiffs hereby adopt by reference paragraphs one through nine (1-9) and, in addition, state as follows:

10. On the foregoing date, defendant, WAL-MART STORES, INC., was negligent in one or more of the following respects, among others:

   (i)   Failing to round the metal prongs protruding from the clothing rack at the corners to prevent injuries, including punctures and lacerations;

   (ii)  Failing to guard the metal prongs protruding from the clothing rack with a rubber softener to prevent injuries, including punctures and lacerations;

   (iii) Failing to place the metal prong in such a position so that clothing hanging from the rack would not cover, hide and obscure the prong;

   (iv)  Placing the metal prong at such a stationed height level that it was reasonably foreseeable that a small child shopping with his or her parents would be endangered by the protruding metal prong;

   (v)   Failing to thoroughly inspect its premises to remove all inherently dangerous conditions, such as a metal prong protruding from a clothing rack;

   (vi)  Failing to provide adequate warning to customers shopping in the clothing section of the store with their small children that a metal prong protruding from the clothing rack was present, and could potentially be obscured by hanging clothing, causing serious injuries; and

   (vii) Was otherwise careless and negligent in failing to provide a reasonably safe shopping environment for its customers and invitees.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 *(fax)*
www.huttonlaw.com

11. As a result of the defendant's negligence and carelessness, the minor plaintiff has sustained severe injuries, including a laceration to her left upper eyelid requiring surgical intervention, mental anguish, pain and suffering, loss of enjoyment of life, disfigurement and disability, past and future medical and hospital expenses, as well as other losses, injuries and damages. Plaintiff FELISHA SMITH seeks to recover for the benefit of the minor plaintiff those medical expenses caused by defendant's negligence, both past and future expenses, through her minority.

WHEREFORE, plaintiff, K.F., a minor, by and through FELISHA SMITH, her mother and next friend, and FELISHA SMITH, individually, respectfully request damages against defendant WAL-MART STORES, INC., in an amount in excess of seventy-five thousand dollars ($75,000.00), together with her costs incurred herein and any other relief the Court deems just and equitable.

## SECOND CLAIM
*Punitive Damages - Wal-Mart*

Plaintiffs hereby adopt by reference paragraphs one through eleven (1-11) and, in addition, state as follows:

12. Upon information and belief, based upon past incidents, including a recent incident in which a four year-old boy punctured his left-eye on a metal prong protruding from a clothing rack in Decatur, Illinois, in which defendant was found liable by a jury, defendant was aware of the inherently dangerous condition presented by, and potential for serious injuries caused by its failure to remove dangerous metal prongs from its clothing racks.

13. Despite being on notice of the dangerous condition these metal prongs presented to customers and invitees of its stores, Wal-Mart failed to take the necessary steps to remedy this condition.

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 *(fax)*
www.huttonlaw.com

14. In failing to protect its customers from serious injury, Wal-Mart acted recklessly, maliciously, and exhibited a willful and wanton disregard for the safety of its customers.

WHEREFORE, plaintiff, K.F., a minor, by and through FELISHA SMITH, her mother and next friend, and FELISHA SMITH, individually, respectfully request that this Court enter a judgment providing for punitive damages against defendant WAL-MART STORES, INC., in an appropriate amount to be determined by this Court, together with her costs incurred herein and any other relief the Court deems just and equitable.

### DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury.

### DESIGNATION OF PLACE OF TRIAL

Plaintiffs hereby designate the location of the trial of this matter to be Wichita, Kansas.

Respectfully submitted,

HUTTON & HUTTON LAW FIRM, L.L.C.

_____
Andrew W. Hutton, #10264
J. Darin Hayes, #16755
Anne M. Hull, #14436
8100 E. 22nd Street North, Bldg. 1200
Wichita, KS 67226
Phone: (316) 688-1166
Fax:   (316) 686-1077
E-mail: darin.hayes@huttonlaw.com

HUTTON
& HUTTON
Law Firm, L.L.C.

Tallgrass Exec. Park
8100 E. 22nd St. N.
Building 1200
Wichita, Kansas
67226-2312

Mailing Address:
P.O. Box 638
Wichita, Kansas
67201-0638

316.688.1166
316.686.1077 (fax)
www.huttonlaw.com